UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00258-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ELWARE HERNANDEZ-MATAMOROS,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Due to a scheduling conflict with the Court's calendar, the sentencing hearing set for January 18, 2012 is **VACATED and RESET to Tuesday, January 24, 2012 at 2:30 p.m., in Courtroom A-1002.**

    January 10, 2012